Kirk D. Miller
*Kirk D. Miller, P.S.*
211 E. Sprague Ave.
Spokane, WA 99202
(509) 413-1494
kmiller@millerlawspokane.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLEE SPANGENBERG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASSET ACCEPTANCE, LLC, a Delaware Corporation; and Gavin Doe and Jane Doe, individually and the marital community,<br><br>　　　　Defendants. | Case No.: CV-13-059-TOR<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i) |

<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP</u>

<u>41(a)(1)(A)(i)</u>

Pursuant to FRCP 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, by and through her counsel of record, Kirk D. Miller of Kirk D. Miller, P.S., hereby give notice that the above-captioned action is voluntarily dismissed against the above-named defendants with prejudice.

NOTICE OF VOLUNTARY DISMISSAL  -1

KIRK D. MILLER P.S.
211 E. Sprague Ave.
Spokane Washington 99202
(509) 413-1494

1
2  DATED this 8th day of April, 2013.
3
4
5                                          *Kirk D. Miller, P.S.*
6
7                                          /s Kirk D. Miller
                                           _____
                                           Kirk D. Miller
8                                          WSBA #40025
                                           Attorney for Plaintiff
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

NOTICE OF VOLUNTARY                                    KIRK D. MILLER P.S.
DISMISSAL  -2                                          211 E. Sprague Ave.
                                                       Spokane Washington 99202
                                                       (509) 413-1494